IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE JAMES JOHNSON,

      Plaintiff,                      No. CIV S-09-3283 MCE KJM P

   vs.

CSP SACRAMENTO,

      Defendant.                 <u>ORDER</u>

_____/

        On July 16, 2010 the court recommended that this action be dismissed for plaintiff's failure to file an amended complaint. On July 26, 2010, plaintiff filed objections to those findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff is granted thirty days within which to file his amended complaint.

        2. Plaintiff's failure to file an amended complaint within thirty days will result in the July 16, 2010 findings and recommendations being submitted to the district judge assigned to this case for decision.

DATED: August 5, 2010.

_____
U.S. MAGISTRATE JUDGE

1/john3283.36