IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE JAMES JOHNSON, | No. 2:09-cv-03283-MCE-KJM P |
| Plaintiff, | |
| vs. | ORDER |
| CSP SACRAMENTO, | |
| Defendant. | |
| _____/ | |

On October 27, 2010, plaintiff filed objections to the magistrate judge's July 16, 2010 findings and recommendations and a request for an extension of time to file an amended complaint. Judgment was entered in this civil rights on September 10, 2010. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings. If plaintiff wishes to pursue any claims in this court, he must initiate a new action.

Dated: November 2, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE